# FEDERAL PUBLIC DEFENDER
## WESTERN DISTRICT OF PENNSYLVANIA

**LISA B. FREELAND**
Federal Public Defender

## CAPITAL HABEAS UNIT

**1001 LIBERTY AVENUE**
**SUITE 1500**
**PITTSBURGH,  PENNSYLVANIA 15222**
**phone: (412) 644-6565**
**fax: (412) 355-2505**
**website:  _http://paw.fd.org_**

**KATHRYN BAILEY**
**MARSHALL DAYAN**
**LYNN A. ELLENBERGER**
**KIRK J. HENDERSON**
_Assistant Federal Public Defenders_

July 16, 2018

United States District Court for the District of Delaware
Office of the Clerk
844 North King Street, Unit 18
Wilmington, DE  19801-3570

Re:  Norcross v. Metzger, No. 12-0009-GMS

Dear Clerk of Court:

Pursuant to the order entered July 2, 2018 (Document 45), Anna Ahronheim is now co-counsel of record for the Petitioner in the above case.  Please be advised that attorney Ahronheim's contact information has changed.  The correct contact information is as follows:

Mailing address:   5830 W. Midway Park, Chicago, IL  60644

Telephone:  773-887-5854

Email:  anna@ahronheimlaw.com.

Thank you for your attention to this matter.

Sincerely,

Marshall Dayan
For Adam Norcross